No. 83–606.   CITY OF MISSION, SOUTH DAKOTA, ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–607.   IDAHO *v.* BRADLEY.   Sup. Ct. Idaho.   Certiorari denied.

No. 83–618.   SCHMIDT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–621.   CONSTANT *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 83–633.   ROBERT K. BELL ENTERPRISES, INC. *v.* DONOVAN, SECRETARY OF LABOR, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–638.   ALCAN ALUMINUM LTD. *v.* FRANCHISE TAX BOARD OF CALIFORNIA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–648.   ALASKA NORTHERN DEVELOPMENT, INC. *v.* ALYESKA PIPELINE SERVICE CO.   Sup. Ct. Alaska.   Certiorari denied.

No. 83–649.   TAMILIO *v.* FOGG, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–656.   CARIBE TUGBOAT CORP. ET AL. *v.* DUFFY.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 83–659.   PAUL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 83–677.   SUPERIOR OIL CO. *v.* PIONEER CORP.   C. A. 5th Cir.   Certiorari denied.

No. 83–686.   TRAVELERS INDEMNITY CO. *v.* EWING, COLE, ERDMAN & EUBANK.   C. A. 3d Cir.   Certiorari denied.

No. 83–687.   ERNST *v.* INDIANA BELL TELEPHONE CO., INC., ET AL.   C. A. 7th Cir.   Certiorari denied.